(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | _NORTHERN_ District of _ILLINOIS_ | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>_Royal Auto and Truck Towing, Inc.,_<br>_a  Corporation_ | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_NONE_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)_36-4474457_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>_200 Sumac_<br>_Wheeling IL  60090_ | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: _Cook_ | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>_SAME_ | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): _SAME_ | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7  ☒ Chapter 11  ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses
paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | *Royal Auto and Truck Towing, Inc., a Corporation* | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: *NONE* | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: *NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X */s/ Richard D Grossman*
Signature of Attorney for Debtor(s)

*Richard D Grossman*
Printed Name of Attorney for Debtor(s)

*Richard D Grossman*
Firm Name

*77 West Wacker Drive*
Address

*Suite 3100*

*Chicago IL  60601*

*312-750-9308        9/19/2005*
Telephone Number        Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Dwayne E Ronczkowski*
Signature of Authorized Individual

*Dwayne E Ronczkowski*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*9/19/2005*
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☒ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  *9/19/2005*
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Royal Auto and Truck Towing, Inc., a  Corporation*

Case No.

Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $            0.00 | | |
| B-Personal Property | *Yes* | *3* | $       67,279.41 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $            0.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *3* | | $       736,289.34 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *4* | | $       206,285.83 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *2* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $            0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $            0.00 |
| Total Number of Sheets in All Schedules ▶ | | *15* | | | |
| Total Assets ▶ | | | $       67,279.41 | | |
| Total Liabilities ▶ | | | | $       942,575.17 | |

FORM B6 (6/90) West Group, Rochester, NY

In re _Royal Auto and Truck Towing, Inc., a  Corporation_ / Debtor    Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Dwayne  E  Ronczkowski_ , _President_ of the _Corporation_

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____16____ sheets,

and that they are true and correct to the best of my knowledge, information, and belief.


Date: _9/19/2005_ 

Signature _/s/ Dwayne E Ronczkowski_
Name: _Dwayne E Ronczkowski_
Title: _President_


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

FORM B6A (6/90) West Group, Rochester, NY

In re *Royal Auto and Truck Towing, Inc.* _____/ Debtor      Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | **TOTAL $** | *0.00* | |

No continuation sheets attached

**TOTAL $**

**(Report also on Summary of Schedules.)**

In re **_Royal Auto and Truck Towing, Inc._**                                    / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | _Cash on Hand_<br>_Location: In debtor's possession_ | | $ 800.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking Account at National City Bank_<br>_Location: In debtor's possession_ | | $ 3,479.41 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | | _Accounts Receivable:   $48,000 as of 9/16/2005_<br>_Location: In debtor's possession_ | | $ 48,000.00 |

In re _Royal Auto and Truck Towing, Inc._____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | _Lifts and Repair Shop Equipment Location: In debtor's possession_  _Office Equipment, Furnishings and Supplies, Computers, Printers, Phones and copiers. Location: In debtor's possession_ | | $ 10,000.00  $ 5,000.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |

In re _Royal Auto and Truck Towing, Inc._ _____ / Debtor        Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total ➡** | **$ 67,279.41** |

Page ___3___ of ___3___

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6D (12/03) West Group, Rochester, NY

In re *Royal Auto and Truck Towing, Inc.* _____ / Debtor    Case No._____
(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |

No continuation sheets attached

Subtotal $    0.00
(Total of this page)

Total $    0.00
(Use only on last page. Report total also on Summary of Schedules)

FORM B6E (4/04) West Group, Rochester, NY

In re Royal Auto and Truck Towing, Inc. _____ / Debtor      Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_ continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re _Royal Auto and Truck Towing, Inc._____/ Debtor   Case No._____
                                                                                    (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Wages, salaries, and commissions_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: *5552*<br><br>*Creditor # : 1*<br>*Robert Lutgen Jr.*<br>*676 Hamilton Lane*<br>*Aurora IL 60542* | | *2004*<br><br>*Wage Claim* | | | X | *$ 4,600.00* | *$ 4,600.00* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Column codes: H--Husband, W--Wife, J--Joint, C--Community

Sheet No. _1_ of _2_ continuation sheets attached to

Schedule of Creditors

|  | Subtotal $ (Total of this page) | *4,600.00* |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re *Royal Auto and Truck Towing, Inc.*                                    / Debtor        Case No._____

                                                                                                    (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|---|
| Account No: *4457*<br>*Creditor # : 2*<br>*Il Dept of Employment Security*<br>*260 East Indian Trail Road*<br><br>*Aurora IL 60505* | | *10/2001 to 09/2005*<br>*Unemployment Insurance*<br>*Plus Penalty and Interest* | | | | | $ 70,111.22 | $ 70,111.22 |
| Account No: *2171*<br>*Creditor # : 3*<br>*Illinois Department of Revenue*<br>*Bankruptcy Section*<br>*P. O. Box 64338*<br>*Chicago IL 60664-0338* | | *10/2001 to 09/2005*<br>*Sales Tax*<br>*Plus Penalty and Interest* | | | | X | $ 12,060.10 | $ 12,060.10 |
| Account No: *7457*<br>*Creditor # : 4*<br>*Illinois Department of Revenue*<br>*P O Box 19447*<br><br>*Springfield IL 62794-9447* | | *10/2001 to 09/2005*<br>*Withholding Tax*<br>*Plus Penalty and Interest* | | | | | $ 70,645.67 | $ 70,645.67 |
| Account No: *4457*<br>*Creditor # : 5*<br>*Internal Revenue Service*<br>*230 South Dearborn*<br>*Suite 2560*<br>*Chicago IL 60604* | | *10/2001 to 09/2005*<br>*Withholding, FICA, Medicare, Unem*<br>*Plus Penalties and Interest* | | | | | $ 578,872.35 | $ 578,872.35 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No.   *2*   of   *2*   continuation sheets attached to

Schedule of Creditors

Subtotal $   731,689.34
(Total of this page)

Total $   736,289.34

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.)

FORM B6F (12/03) West Group, Rochester, NY

In re _Royal Auto and Truck Towing, Inc._____ / Debtor       Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | |
| Account No:  *2517*<br>*Creditor # : 1*<br>*AFNI Insurance Services*<br>*P O Box 3068*<br>*Bloomington IL 61702* | | *2003*<br>*Auto Accident* | | | | | $ *1,814.21* |
| Account No:  *6688*<br>*Creditor # : 2*<br>*Alexander Ermakoff*<br>*John Skapars Esq*<br>*9240 W Belmont Ave 2nd Fl*<br>*Franklin Park IL 60131* | | *2003*<br>*Collection* | | | | X | $ *50,000.00* |
| Account No:  *3577*<br>*Creditor # : 3*<br>*Alliance Specialties Corp*<br>*Jerry Felsenthal Atty*<br>*120 W Madison St #1300*<br>*Chicago IL 60602* | | *2003*<br>*Judgment* | | | | | $ *4,986.87* |
| Account No:  *3722*<br>*Creditor # : 4*<br>*AllState Ins Company*<br>*Bruce T Armstrong*<br>*P O Box 1397*<br>*Crystal Lake IL 60039* | | *2003*<br>*Collection* | | | | | *Unknown* |

_3_ continuation sheets attached

Subtotal $     *56,801.08*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Royal Auto and Truck Towing, Inc._____ / Debtor     Case No._____
                                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  5664<br>*Creditor # : 5*<br>*Bamja K Inc dba Heights Auto*<br>*710 N Elmhurst Road*<br>*Prospect Hts IL 60070* | | *2003 to 2004*<br>*Judgment* | | | | $ 30,000.00 |
| Account No:  2107<br>*Creditor # : 6*<br>*Car Program LLC*<br>*Jeremy P Kreger Atty*<br>*333 W Wacker Drive #1800*<br>*Chicago IL 60606* | | *03/2002 to 08/2003* | | | | $ 51,500.00 |
| Account No:  4044<br>*Creditor # : 7*<br>*Commonwealth Edison*<br>*P O Box 805376*<br>*Chicago IL 60680-5376* | | *Utilities* | | | | $ 21,409.39 |
| Account No:<br>*Creditor # : 8*<br>*Drive Train Services*<br>*Attn Gilbert C. Schumm*<br>*836 Arlington Hts Rd*<br>*Elk Grove Villag IL 60007* | | *06/2005*<br>*Bounced Check* | | | | $ 258.00 |
| Account No:<br>*Creditor # : 9*<br>*James A. McClean CPA*<br>*1841 Hicks Road*<br>*Rolling Meadows IL 60008* | | *2003*<br>*Service* | | | | $ 17,750.00 |
| Account No:<br>*Creditor # : 10*<br>*John Paul Arlowe*<br>*8 S Testa Drive*<br>*#202*<br>*Naperville IL 60540* | | *06/2004*<br>*Wage Assignment* | | | | $ 966.00 |

Sheet No.  _1_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   121,883.39
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re   *Royal Auto and Truck Towing, Inc.*_____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   *9026*<br><br>*Creditor # : 11*<br>*Lube Oil Inc*<br>*345 N Skokie Hwy*<br>*Gurnee IL 60031* | | *2004*<br>*Unknown* | | | | | $ *8,519.23* |
| Account No:   *5-63*<br><br>*Creditor # : 12*<br>*Nicor Gas*<br>*P O Box 310*<br>*Aurora IL 60507-0310* | | *Utilities* | | | | | $ *940.28* |
| Account No:   *9654*<br><br>*Creditor # : 13*<br>*Nicor Gas*<br>*P O Box 310*<br>*Aurora IL 60507-0310* | | *Utilities* | | | | | $ *2,547.86* |
| Account No:   *5320*<br><br>*Creditor # : 14*<br>*Personal & Org Counseling, Inc*<br>*Simon & McClosky Ltd*<br>*120 West Madison St #1300*<br>*Chicago IL 60602* | | *2003*<br>*Judgment* | | | | | $ *2,160.60* |
| Account No:   *4561*<br><br>*Creditor # : 15*<br>*Progressive Ins Company*<br>*Attn Phillip L. Risley*<br>*77 W Washington St #1525*<br>*Chicago IL 60602* | | *2004*<br>*Judgment*<br>*04-L-1081* | | | | | $ *2,713.51* |
| Account No:   *4561*<br><br>*Representing:*<br>*Progressive Ins Company* | | *Robert A Langendorf PC*<br>*134 N LaSalle Street*<br>*Suite 1515*<br>*Chicago IL 60602* | | | | | |

Sheet No.   *2*  of   *3* continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   *16,881.48*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Royal Auto and Truck Towing, Inc._____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br><br>_Creditor # : 16_<br>_SBC Communications Inc._<br>_Bill Payment Center_<br>_Saginaw MI 48663-0003_ | | _Utilities_ | | | | | $ 4,000.00 |
| Account No:   _4623_<br><br>_Creditor # : 17_<br>_State Farm Insurance_<br>_Keebler_<br>_77 West Washington Street_<br>_Chicago IL 60602_ | | _2005_<br>_Judgment_ | | | | | $ 6,719.88 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | 10,719.88 |
| **Total $**<br>(Report total also on Summary of Schedules) | 206,285.83 |

In re *Royal Auto and Truck Towing, Inc.* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *AAA-Chicago Motor Club*<br>*Meridian Lake Drive*<br>*Aurora IL   60504* | Contract Type:*Contractor for Roadside Assistance*<br>Terms:<br>Beginning date:<br>Debtor's Interest:*Contractor*<br>Description:<br><br>Buyout Option: |
| *AllState Motor Club*<br>*51 South Higgins*<br>*S Barrington IL   60010* | Contract Type:*Contractor for Roadside Assistanc*<br>Terms:<br>Beginning date:<br>Debtor's Interest:*Contractor*<br>Description:<br><br>Buyout Option: |
| *Cross Country Motor Club*<br>*P O Box 9139*<br>*Medford MA   02155* | Contract Type:*Contractor for Roadside Assistanc*<br>Terms:<br>Beginning date:<br>Debtor's Interest:*Contractor*<br>Description:<br><br>Buyout Option: |
| *Geico Motor Club*<br>*One Geico Center*<br>*Macon GA   31296* | Contract Type:*Contractor for Roadside Assistanc*<br>Terms:<br>Beginning date:<br>Debtor's Interest:*Contractor*<br>Description:<br><br>Buyout Option: |
| *James Sellis*<br>*330 East Algonquin Road*<br>*Arlington Hts IL   60005* | Contract Type:*Non-residential lease * **<br>Terms:<br>Beginning date:<br>Debtor's Interest:*Lessee*<br>Description:<br><br>Buyout Option: |

In re _Royal Auto and Truck Towing, Inc._ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Various_ | Contract Type: _Contractor_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Contractor_<br>Description: _Contractor for relocating illegally parked vehicles_<br>Buyout Option: |

FORM B6H (6/90) West Group, Rochester, NY

In re **_Royal Auto and Truck Towing, Inc._**                                    / Debtor        Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Royal Auto and Truck Towing, Inc., a  Corporation*         Case No.
                                                                    Chapter *11*

_____ / Debtor

Attorney for Debtor:   *Richard D Grossman*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *5,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____ *5,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $ _____*839.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *9/19/2005*                          Respectfully submitted,

                                    X */s/ Richard D Grossman* _____
        Attorney for Petitioner: *Richard D Grossman*
                                 *Richard D Grossman*
                                 *77 West Wacker Drive*
                                 *Suite 3100*
                                 *Chicago IL  60601*

Form B4 West Group Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern DIVISION

In re  *Royal Auto and Truck Towing, Inc.*
    *a Corporation*

Case No.

Chapter  *11*

_____ / Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Internal Revenue Service*<br>*230 South Dearborn*<br>*Suite 2560*<br>*Chicago IL   60604* | Phone:<br>*Internal Revenue Service*<br>*230 South Dearborn*<br>*Suite 2560*<br>*Chicago IL   60604* | *Withholding, FICA,*<br>*Medicare, Unem* | | $ 578,872.35 |
| 2<br>*Illinois Department of Revenue*<br>*P O Box 19447*<br><br>*Springfield IL   62794-9447* | Phone:<br>*Illinois Department of Revenue*<br>*P O Box 19447*<br><br>*Springfield IL   62794-9447* | *Withholding Tax* | | $ 70,645.67 |
| 3<br>*Il Dept of Employment Security*<br>*260 East Indian Trail Road*<br><br>*Aurora IL   60505* | Phone:<br>*Il Dept of Employment Security*<br>*260 East Indian Trail Road*<br><br>*Aurora IL   60505* | *Unemployment Insurance* | | $ 70,111.22 |
| 4<br>*Car Program LLC*<br>*Jeremy P Kreger Atty*<br>*333 W Wacker Drive #1800*<br>*Chicago IL   60606* | Phone:<br>*Car Program LLC*<br>*Jeremy P Kreger Atty*<br>*333 W Wacker Drive #1800*<br>*Chicago IL   60606* | | | $ 51,500.00 |

Form B4 West Group - Rochester, NY

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave 2nd Fl<br>Franklin Park IL   60131 | Phone:<br>Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave 2nd Fl<br>Franklin Park IL   60131 | Collection | D | $ 50,000.00 |
| 6<br>Bamja K Inc dba Heights Auto<br>710 N Elmhurst Road<br>Prospect Hts IL   60070 | Phone:<br>Bamja K Inc dba Heights Auto<br>710 N Elmhurst Road<br>Prospect Hts IL   60070 | Judgment | | $ 30,000.00 |
| 7<br>Commonwealth Edison<br>P O Box 805376<br>Chicago IL   60680-5376 | Phone:<br>Commonwealth Edison<br>P O Box 805376<br>Chicago IL   60680-5376 | Utilities | | $ 21,409.39 |
| 8<br>James A. McClean CPA<br>1841 Hicks Road<br>Rolling Meadows IL   60008 | Phone:<br>James A. McClean CPA<br>1841 Hicks Road<br>Rolling Meadows IL   60008 | Service | | $ 17,750.00 |
| 9<br>Illinois Department of Revenue<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago IL   60664-0338 | Phone:<br>Illinois Department of Revenue<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago IL   60664-0338 | Sales Tax | D | $ 12,060.10 |
| 10<br>Lube Oil Inc<br>345 N Skokie Hwy<br>Gurnee IL   60031 | Phone:<br>Lube Oil Inc<br>345 N Skokie Hwy<br>Gurnee IL   60031 | Unknown | | $ 8,519.23 |
| 11<br>State Farm Insurance<br>Keebler<br>77 West Washington Street<br>Chicago IL   60602 | Phone:<br>State Farm Insurance<br>Keebler<br>77 West Washington Street<br>Chicago IL   60602 | Judgment | | $ 6,719.88 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 12<br>Alliance Specialties Corp<br>Jerry Felsenthal Atty<br>120 W Madison St #1300<br>Chicago IL 60602 | Phone:<br>Alliance Specialties Corp<br>Jerry Felsenthal Atty<br>120 W Madison St #1300<br>Chicago IL 60602 | Judgment | | $ 4,986.87 |
| 13<br>Robert Lutgen Jr.<br>676 Hamilton Lane<br>Aurora IL 60542 | Phone:<br>Robert Lutgen Jr.<br>676 Hamilton Lane<br>Aurora IL 60542 | Wage Claim | D | $ 4,600.00 |
| 14<br>SBC Communications Inc.<br>Bill Payment Center<br>Saginaw MI 48663-0003 | Phone:<br>SBC Communications Inc.<br>Bill Payment Center<br>Saginaw MI 48663-0003 | Utilities | | $ 4,000.00 |
| 15<br>Progressive Ins Company<br>Attn Phillip L. Risley<br>77 W Washington St #1525<br>Chicago IL 60602 | Phone:<br>Robert A Langendorf PC<br>134 N LaSalle Street<br>Suite 1515<br>Chicago IL 60602 | Judgment | | $ 2,713.51 |
| 16<br>Nicor Gas<br>P O Box 310<br>Aurora IL 60507-0310 | Phone:<br>Nicor Gas<br>P O Box 310<br>Aurora IL 60507-0310 | Utilities | | $ 2,547.86 |
| 17<br>Personal & Org Counseling, Inc<br>Simon & McClosky Ltd<br>120 West Madison St #1300<br>Chicago IL 60602 | Phone:<br>Personal & Org Counseling, Inc<br>Simon & McClosky Ltd<br>120 West Madison St #1300<br>Chicago IL 60602 | Judgment | | $ 2,160.60 |
| 18<br>AFNI Insurance Services<br>P O Box 3068<br>Bloomington IL 61702 | Phone:<br>AFNI Insurance Services<br>P O Box 3068<br>Bloomington IL 61702 | Auto Accident | | $ 1,814.21 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 19<br>John Paul Arlowe<br>8 S Testa Drive<br>#202<br>Naperville IL  60540 | Phone:<br>John Paul Arlowe<br>8 S Testa Drive<br>#202<br>Naperville IL  60540 | Wage Assignment | | $ 966.00 |
| 20<br>Nicor Gas<br>P O Box 310<br>Aurora IL  60507-0310 | Phone:<br>Nicor Gas<br>P O Box 310<br>Aurora IL  60507-0310 | Utilities | | $ 940.28 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Dwayne E Ronczkowski_____, _President_____ of the _Corporation_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: _9/19/2005_____        Signature _/s/ Dwayne E Ronczkowski_____

                                          Name:  _Dwayne E Ronczkowski_

                                          Title:  _President_