# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Royal Auto and Truck Towing, Inc

                          )    **Bankruptcy No.** 05 B 38444
                          )
        **Debtor(s)**   )
                          )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

**TO:**   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on   **October 25, 2012 at 10:30 a.m.**   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Ronald R. Peterson is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date:   September 11, 2012

In re: Royal Auto and Truck Towing, Inc.
Bankruptcy No. 05 B 38444

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on September 11, 2012, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

**represented by Richard D. Grossman**
Richard D Grossman Law Offices
225 West Wacker Drive
Suite 1550
Chicago, IL 60606

*Trustee*
**Ronald R Peterson**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

**U.S. Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*
**Royal Auto and Truck Towing, Inc.**
200 Sumac
Wheeling, IL 60090