# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
ROYAL AUTO AND TRUCK TOWING, INC. §   Case No. 05-38444 JBS
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The case was converted to one under Chapter 7 on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RONALD R. PETERSON_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 05-38444 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | | Date Filed (f) or Converted (c): | 02/07/06 (c) |
| | | | 341(a) Meeting Date: | 03/13/06 |
| For Period Ending: | 11/13/12 | | Claims Bar Date: | 08/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash on hand | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Checking account at National City Bank | 3,479.41 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Accounts receivable | 48,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. 1996 Ford Ranger Pickup # 1 | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 1996 Ford Ranger Pickup #2 | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. 1998 F 250 Pickup | 500.00 | 0.00 | | 1,000.00 | FA | 0.00 | 0.00 |
| 7. 2000 Petersbilt 330 Wrecker | 35,000.00 | 0.00 | | 45,000.00 | FA | 25,000.00 | 0.00 |
| 8. 2002 Chevy HD 3500 | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. 2002 Chevy HD 3500 Truck | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Lifts and Repair Shop equipment | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Office equipment, furnishings and supplies, etc. | 5,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. 1998 Chevrolet S-10 (u) | 0.00 | Unknown | | 3,961.41 | FA | 0.00 | 0.00 |
| 13. Chevrolet C6500 1998 (u) | 0.00 | Unknown | | 5,000.00 | FA | 0.00 | 0.00 |
| 14. 2000 Freightliner FL 60 (u) | 0.00 | Unknown | | 2,500.00 | FA | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 05-38444 | Judge: HON. JOHN B. SCHMETTERER |
|---|---|---|
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 02/07/06 (c) |
| 341(a) Meeting Date: | 03/13/06 |
| Claims Bar Date: | 08/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 38.61 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $124,779.41 | $0.00 | | $57,500.02 | $0.00 | $25,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 11:00 am. Working on fee application.

November 26, 2010, 12:26 p.m. In process of closing case.

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 04/01/12

_____   Date: _____

RONALD R. PETERSON

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 05-38444 -JBS | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8224 Checking Account |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,910.48 | | 9,910.48 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.11 | 9,904.37 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.31 | 9,898.06 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 9,910.48 | 12.42 | 9,898.06 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 9,910.48 | 0.00 | |
| | | Subtotal | 0.00 | 12.42 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 12.42 | |

Page Subtotals    9,910.48    12.42

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 05-38444 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6803  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4457 | | | |
| For Period Ending: | 11/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/07 | * NOTE * | Schmitt's Truck Repair | * NOTE *  Properties 6, 7, 12, 13, 14 | | 10,000.00 | | 10,000.00 |
| | | SOVEREIGN BANK | Memo Amount:     (         9,055.68 ) | 4210-000 | | | |
| | | | Secured Claim | | | | |
| | | GMAC | Memo Amount:     (           497.33 ) | 4210-000 | | | |
| | | | Secured Creditor | | | | |
| | | SCHMITT'S TRUCK REPAIR | Memo Amount:     (        37,908.40 ) | 2500-000 | | | |
| | | | Costs of Siezure, Preservation | | | | |
| | | SCHMITT'S TRUCK REPAIR | Memo Amount:          57,461.41 | 1229-000 | | | |
| | | | Gross Selling Price | | | | |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 1.84 | | 10,001.84 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 5.34 | | 10,007.18 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 4.78 | | 10,011.96 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.97 | | 10,015.93 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.38 | | 10,018.31 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.37 | | 10,020.68 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.05 | | 10,022.73 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,024.00 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.23 | | 10,025.23 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,026.50 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,027.77 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.24 | | 10,029.01 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.97 | | 10,029.98 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.82 | | 10,030.80 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 10,031.31 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,031.39 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,031.47 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,031.56 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 10,031.78 |

Page Subtotals        10,031.78                0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-38444 -JBS | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6803 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,032.03 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,032.28 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,032.54 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,032.80 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,033.05 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,033.30 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,033.56 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,033.82 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,034.07 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 10,034.30 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,034.56 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,034.81 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,035.06 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,035.31 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,035.56 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,035.82 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,036.07 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,036.32 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,036.57 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,036.83 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 10,037.09 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,037.17 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,037.26 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,037.34 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,037.43 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,037.51 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,037.59 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,037.68 |
| | | | Page Subtotals | | 5.90 | 0.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 05-38444 -JBS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6803 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4457 | | | |
| For Period Ending: | 11/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,037.76 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,037.85 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.79 | 10,025.06 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,025.14 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.36 | 10,012.78 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,012.86 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.34 | 10,000.52 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,000.61 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.12 | 9,987.49 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,987.57 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.87 | 9,975.70 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,975.78 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.27 | 9,963.51 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,963.59 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.66 | 9,950.93 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,951.01 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.64 | 9,938.37 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,938.45 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.81 | 9,926.64 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,926.73 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.02 | 9,913.71 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 9,913.73 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 3.25 | 9,910.48 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,910.48 | 0.00 |

Page Subtotals  0.93  10,038.61

UST Form 101-7-TFR (5/1/2011) (Page: 8)

LFORM24

Ver: 17.00b

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-38444 -JBS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6803  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 57,461.41 | COLUMN TOTALS | | 10,038.61 | 10,038.61 | 0.00 |
| | Memo Allocation Disbursements: | 47,461.41 | Less: Bank Transfers/CD's | | 0.00 | 9,910.48 | |
| | | | Subtotal | | 10,038.61 | 128.13 | |
| | Memo Allocation Net: | 10,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,038.61 | 128.13 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 57,461.41 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 47,461.41 | Checking Account - ********8224 | | 0.00 | 12.42 | 9,898.06 |
| | | | Money Market Account (Interest Earn - ********6803 | | 10,038.61 | 128.13 | 0.00 |
| | Total Memo Allocation Net: | 10,000.00 | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 10,038.61 | 140.55 | 9,898.06 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 13, 2012 |
|---|---|---|---|---|---|---|

Case Number:   05-38444  
Debtor Name:   ROYAL AUTO AND TRUCK TOWING, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000024<br>001<br>3110-00 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | Filed 03/16/06 | $0.00 | $9,149.47 | $9,149.47 |
| 000025<br>001<br>3120-00 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | Filed 03/16/06 | $0.00 | $748.59 | $748.59 |
| 000 017B<br>050<br>4800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | Filed 06/22/06 | $0.00 | $5,988.89 | $5,988.89 |
| 000001C<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations Stop<br>PO Box 21126<br>Philadelphia PA 19114 | Priority | Filed 10/11/05 | $0.00 | $167,806.64 | $167,806.64 |
| 000008C<br>050<br>4800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | Filed 12/06/05 | $0.00 | $62,012.84 | $62,012.84 |
| 000016<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations Stop<br>PO Box 21126<br>Philadelphia PA 19114 | Priority | Filed 06/21/06 | $0.00 | $50,462.61 | $50,462.61 |
| 000001A<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations Stop<br>PO Box 21126<br>Philadelphia PA 19114 | Unsecured | Filed 10/11/05 | $0.00 | $50,881.03 | $50,881.03 |
| 000002<br>070<br>7100-00 | Bamja K Inc dba Heights Auto<br>710 N Elmhurst Road<br>Prospect Hts, IL 60070 | Unsecured | Filed 10/14/05 | $0.00 | $26,772.65 | $26,772.65 |
| 000003<br>070<br>7100-00 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave 2nd Fl<br>Franklin Park, IL 60131 | Unsecured | Filed 10/14/05 | $0.00 | $0.00 | $0.00 |
| 000004<br>070<br>7100-00 | ComEd Co<br>Attn Bankruptcy Section Revenue Mgmt<br>2100 Swift Drive<br>Oak Brook IL 60523 | Unsecured | Filed 10/17/05 | $0.00 | $21,408.16 | $21,408.16 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 13, 2012 |

Case Number: 05-38444  
Debtor Name: ROYAL AUTO AND TRUCK TOWING, INC.  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | Drive Train Services Attn Gilbert C. Schumm 836 Arlington Hts Rd Elk Grove Villag, IL 60007 | Unsecured | Filed 10/31/05 | $0.00 | $258.00 | $258.00 |
| 000007 070 7100-00 | Nicor Gas PO Box 549 Aurora IL 60507 | Unsecured | Filed 11/28/05 | $0.00 | $7,741.29 | $7,741.29 |
| 000008A 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | Filed 12/06/05 | $0.00 | $11,245.67 | $11,245.67 |
| 000009 070 7100-00 | Illinois Dept of Employment Security Attorney General Section 9th Fl 33 S State St Chicago IL 60603 | Unsecured | Filed 12/09/05 | $0.00 | $231,542.03 | $231,542.03 |
| 000010 070 7100-00 | SBC ILLINOIS BELL TELEPHONE CO P.O. BOX 981268 WEST SACRAMENTO, CA 95798 | Unsecured | Filed 12/28/05 | $0.00 | $6,165.88 | $6,165.88 |
| 000011 070 7100-00 | Lube Oils Inc POB 209 Gurnee, IL 60031 | Unsecured | Filed 12/28/05 | $0.00 | $5,943.64 | $5,943.64 |
| 000012 070 7100-00 | Lube Oils, Inc. c/o David J. Axelrod & Associates 1448 Old Skokie Road Highland Park, IL 60035 | Unsecured | Filed 01/18/06 | $0.00 | $9,902.34 | $9,902.34 |
| 000013 070 7100-00 | The Illinois State Toll Highway Authority 2700 Ogden Avenue Downers Grove Illinois 60515 | Unsecured | Filed 01/30/06 | $0.00 | $16,512.75 | $16,512.75 |
| 000014 070 7100-00 | Lube Oils, Inc. c/o David J. Axelrod & Associates 1448 Old Skokie Road Highland Park, IL 60035 | Unsecured | Filed 06/05/06 | $0.00 | $8,657.83 | $8,657.83 |
| 000015 070 7100-00 | Maria L. Garcia d/b/a Alpha and Omega c/o David J. Axelrod & Associates 1448 Old Skokie Road Highland Park, IL 60035 | Unsecured | Filed 06/05/06 | $0.00 | $11,500.00 | $11,500.00 |
| 000017A 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | Filed 06/22/06 | $0.00 | $429.13 | $429.13 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 13, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 05-38444<br>Debtor Name: ROYAL AUTO AND TRUCK TOWING, INC. | | Claim Class Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000018<br>070<br>7100-00 | Burris Equipment Company, Inc.<br>c/o Nigro & Westfall, P.C.<br>1793 Bloomingdale Rd.<br>Glendale Heights, IL 60139 | Unsecured | Filed 06/26/06 | $0.00 | $1,345.28 | $1,345.28 |
| 000019<br>070<br>7100-00 | Megan Callahan<br>c/o Paul Greviskes<br>109 Wilson St<br>Batavia IL 60510 | Unsecured | Filed 06/27/06 | $0.00 | $9,333.57 | $9,333.57 |
| 000020<br>070<br>7100-00 | Car Program LLC<br>c/o Lawrence M. Karlin<br>Weinberg Dembo DeGraph, LLP<br>333 W. Wacker Dr., Ste 1800<br>Chicago, IL 60606 | Unsecured | Filed 07/20/06 | $0.00 | $50,000.00 | $50,000.00 |
| 000022<br>070<br>7100-00 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave 2nd Fl<br>Franklin Park, IL 60131 | Unsecured | Filed 08/21/06 | $0.00 | $500,000.00 | $500,000.00 |
| 000023<br>070<br>7100-00 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave 2nd Fl<br>Franklin Park, IL 60131 | Unsecured | Filed 08/22/06 | $0.00 | $500,000.00 | $500,000.00 |
| 000001B<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations Stop<br>PO Box 21126<br>Philadelphia PA 19114 | Secured | Filed 10/11/05 | $0.00 | $718,519.15 | $718,519.15 |
| 000005<br>050<br>4210-00 | Navistar Financial Corporation<br>425 N. Martingale Road, Suite 1800<br>Schaumburg, IL 60173 | Secured | Filed 10/28/05 | $0.00 | $1,039.76 | $1,039.76 |
| 000008B<br>050<br>4800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | Filed 12/06/05 | $0.00 | $45,304.68 | $45,304.68 |
| 000021<br>050<br>4210-00 | James A. McClean CPA<br>1841 Hicks Road<br>Rolling Meadows, IL 60008 | Secured | Filed 07/24/06 | $0.00 | $17,750.00 | $17,750.00 |
| | Case Totals: | | | $0.00 | $2,548,421.88 | $2,548,421.88 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-38444 JBS
Case Name: ROYAL AUTO AND TRUCK TOWING, INC.
Trustee Name: RONALD R. PETERSON

Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ | $ | $ | $ |
| 000001B | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ | $ | $ | $ |
| 000001C | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | Navistar Financial Corporation 425 N. Martingale Road, Suite 1800 Schaumburg, IL 60173 | $ | $ | $ | $ |
| 000008B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ | $ |
| 000008C | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ | $ |
| 000016 | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ | $ | $ | $ |
| 000 017B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ | $ |
| 000021 | James A. McClean CPA 1841 Hicks Road Rolling Meadows, IL 60008 | $ | $ | $ | $ |

    Total to be paid to secured creditors      $_____

    Remaining Balance      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Bamja K Inc dba Heights Auto<br>710 N Elmhurst Road<br>Prospect Hts, IL 60070 | $ | $ | $ |
| 000003 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave 2nd Fl<br>Franklin Park, IL 60131 | $ | $ | $ |
| 000004 | ComEd Co<br>Attn Bankruptcy Section<br>Revenue Mgmt<br>2100 Swift Drive<br>Oak Brook IL 60523 | $ | $ | $ |
| 000006 | Drive Train Services<br>Attn Gilbert C. Schumm<br>836 Arlington Hts Rd<br>Elk Grove Villag, IL 60007 | $ | $ | $ |
| 000007 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | $ | $ | $ |
| 000008A | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000009 | Illinois Dept of Employment Security<br>Attorney General Section 9th Fl<br>33 S State St<br>Chicago IL 60603 | $ | $ | $ |
| 000010 | SBC ILLINOIS BELL TELEPHONE CO<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95798 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Lube Oils Inc<br>POB 209<br>Gurnee, IL 60031 | $ | $ | $ |
| 000012 | Lube Oils, Inc.<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ | $ | $ |
| 000013 | The Illinois State Toll Highway Authority<br>2700 Ogden Avenue<br>Downers Grove Illinois 60515 | $ | $ | $ |
| 000014 | Lube Oils, Inc.<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ | $ | $ |
| 000015 | Maria L. Garcia d/b/a Alpha and Omega<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ | $ | $ |
| 000017A | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000018 | Burris Equipment Company, Inc.<br>c/o Nigro & Westfall, P.C.<br>1793 Bloomingdale Rd.<br>Glendale Heights, IL 60139 | $ | $ | $ |
| 000019 | Megan Callahan<br>c/o Paul Greviskes<br>109 Wilson St<br>Batavia IL 60510 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Car Program LLC<br>c/o Lawrence M. Karlin<br>Weinberg Dembo DeGraph, LLP<br>333 W. Wacker Dr., Ste 1800<br>Chicago, IL 60606 | $ | $ | $ |
| 000022 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave 2nd Fl<br>Franklin Park, IL 60131 | $ | $ | $ |
| 000023 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave 2nd Fl<br>Franklin Park, IL 60131 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE