UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
ROYAL AUTO AND TRUCK TOWING, § Case No. 05-38444 JBS
INC.
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/31/2013 in Courtroom 682,

UNITED STATES BANKRUPTCY COURT
219 South Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/28/2012                         By: UNITED STATES BANKRUPTCY
                                                    COURT
                                                                                    Clerk

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
ROYAL AUTO AND TRUCK TOWING, INC. §   Case No. 05-38444 JBS
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 57,500.02 |
| and approved disbursements of | $ | 47,601.96 |
| leaving a balance on hand of[1] | $ | 9,898.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ 50,881.03 | $ 50,881.03 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001B | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ 718,519.15 | $ 718,519.15 | $ 0.00 | $ 0.00 |
| 000001C | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ 167,806.64 | $ 167,806.64 | $ 0.00 | $ 0.00 |
| 000005 | Navistar Financial Corporation 425 N. Martingale Road, Suite 1800 Schaumburg, IL 60173 | $ 1,039.76 | $ 1,039.76 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000008B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 45,304.68 | $ 45,304.68 | $ 0.00 | $ 0.00 |
| 000008C | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 62,012.84 | $ 62,012.84 | $ 0.00 | $ 0.00 |
| 000016 | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ 50,462.61 | $ 50,462.61 | $ 0.00 | $ 0.00 |
| 000 017B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 5,988.89 | $ 5,988.89 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000021 | James A. McClean CPA 1841 Hicks Road Rolling Meadows, IL 60008 | $ 17,750.00 | $ 17,750.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors       $            0.00

Remaining Balance       $        9,898.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 9,149.47 | $ 0.00 | $ 9,149.47 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 748.59 | $ 0.00 | $ 748.59 |

Total to be paid for chapter 7 administrative expenses       $        9,898.06

Remaining Balance       $            0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 286,270.98 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,418,758.22 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Bamja K Inc dba Heights Auto<br>710 N Elmhurst Road<br>Prospect Hts, IL 60070 | $ 26,772.65 | $ 0.00 | $ 0.00 |
| 000003 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave<br>2nd Fl<br>Franklin Park, IL 60131 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | ComEd Co<br>Attn Bankruptcy Section<br>Revenue Mgmt<br>2100 Swift Drive<br>Oak Brook IL 60523 | $ 21,408.16 | $ 0.00 | $ 0.00 |
| 000006 | Drive Train Services<br>Attn Gilbert C. Schumm<br>836 Arlington Hts Rd<br>Elk Grove Villag, IL 60007 | $ 258.00 | $ 0.00 | $ 0.00 |
| 000007 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | $ 7,741.29 | $ 0.00 | $ 0.00 |
| 000008A | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 11,245.67 | $ 0.00 | $ 0.00 |
| 000009 | Illinois Dept of Employment Security Attorney General Section<br>9th Fl<br>33 S State St<br>Chicago IL 60603 | $ 231,542.03 | $ 0.00 | $ 0.00 |
| 000010 | SBC ILLINOIS BELL TELEPHONE CO<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95798 | $ 6,165.88 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Lube Oils Inc<br>POB 209<br>Gurnee, IL 60031 | $ 5,943.64 | $ 0.00 | $ 0.00 |
| 000012 | Lube Oils, Inc.<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ 9,902.34 | $ 0.00 | $ 0.00 |
| 000013 | The Illinois State Toll Highway Authority<br>2700 Ogden Avenue<br>Downers Grove Illinois 60515 | $ 16,512.75 | $ 0.00 | $ 0.00 |
| 000014 | Lube Oils, Inc.<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ 8,657.83 | $ 0.00 | $ 0.00 |
| 000015 | Maria L. Garcia d/b/a Alpha and Omega<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ 11,500.00 | $ 0.00 | $ 0.00 |
| 000017A | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 429.13 | $ 0.00 | $ 0.00 |
| 000018 | Burris Equipment Company, Inc.<br>c/o Nigro & Westfall, P.C.<br>1793 Bloomingdale Rd.<br>Glendale Heights, IL 60139 | $ 1,345.28 | $ 0.00 | $ 0.00 |
| 000019 | Megan Callahan<br>c/o Paul Greviskes<br>109 Wilson St<br>Batavia IL 60510 | $ 9,333.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Car Program LLC<br>c/o Lawrence M. Karlin<br>Weinberg Dembo DeGraph, LLP<br>333 W. Wacker Dr., Ste 1800<br>Chicago, IL 60606 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000022 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave<br>2nd Fl<br>Franklin Park, IL 60131 | $ 500,000.00 | $ 0.00 | $ 0.00 |
| 000023 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave<br>2nd Fl<br>Franklin Park, IL 60131 | $ 500,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $ 0.00

Remaining Balance        $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.