UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| ROYAL AUTO AND TRUCK TOWING, § | Case No. 05-38444 JBS |
| INC. | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/31/2013 in Courtroom 682,
UNITED STATES BANKRUPTCY COURT
219 South Dearborn St.
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/28/2012                     By: UNITED STATES BANKRUPTCY
                                                 COURT
                                                                 Clerk


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                §
                                      §
                                      §
ROYAL AUTO AND TRUCK TOWING,          §   Case No. 05-38444 JBS
INC.
                                      §
           Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 57,500.02 |
| and approved disbursements of | $ | 47,601.96 |
| leaving a balance on hand of[1] | $ | 9,898.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001A | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ 50,881.03 | $ 50,881.03 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001B | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ 718,519.15 | $ 718,519.15 | $ 0.00 | $ 0.00 |
| 000001C | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ 167,806.64 | $ 167,806.64 | $ 0.00 | $ 0.00 |
| 000005 | Navistar Financial Corporation 425 N. Martingale Road, Suite 1800 Schaumburg, IL 60173 | $ 1,039.76 | $ 1,039.76 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000008B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 45,304.68 | $ 45,304.68 | $ 0.00 | $ 0.00 |
| 000008C | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 62,012.84 | $ 62,012.84 | $ 0.00 | $ 0.00 |
| 000016 | Department of the Treasury Internal Revenue Service Centralized Insolvency Operations Stop PO Box 21126 Philadelphia PA 19114 | $ 50,462.61 | $ 50,462.61 | $ 0.00 | $ 0.00 |
| 000 017B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 5,988.89 | $ 5,988.89 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000021 | James A. McClean CPA 1841 Hicks Road Rolling Meadows, IL 60008 | $ 17,750.00 | $ 17,750.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 9,898.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 9,149.47 | $ 0.00 | $ 9,149.47 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 748.59 | $ 0.00 | $ 748.59 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,898.06 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 286,270.98 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

Timely claims of general (unsecured) creditors totaling $ 1,418,758.22  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Bamja K Inc dba Heights Auto<br>710 N Elmhurst Road<br>Prospect Hts, IL 60070 | $ 26,772.65 | $ 0.00 | $ 0.00 |
| 000003 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave<br>2nd Fl<br>Franklin Park, IL 60131 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | ComEd Co<br>Attn Bankruptcy Section<br>Revenue Mgmt<br>2100 Swift Drive<br>Oak Brook IL 60523 | $ 21,408.16 | $ 0.00 | $ 0.00 |
| 000006 | Drive Train Services<br>Attn Gilbert C. Schumm<br>836 Arlington Hts Rd<br>Elk Grove Villag, IL 60007 | $ 258.00 | $ 0.00 | $ 0.00 |
| 000007 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | $ 7,741.29 | $ 0.00 | $ 0.00 |
| 000008A | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 11,245.67 | $ 0.00 | $ 0.00 |
| 000009 | Illinois Dept of Employment Security Attorney General Section 9th Fl<br>33 S State St<br>Chicago IL 60603 | $ 231,542.03 | $ 0.00 | $ 0.00 |
| 000010 | SBC ILLINOIS BELL TELEPHONE CO<br>P.O. BOX 981268<br>WEST SACRAMENTO, CA 95798 | $ 6,165.88 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Lube Oils Inc<br>POB 209<br>Gurnee, IL 60031 | $ 5,943.64 | $ 0.00 | $ 0.00 |
| 000012 | Lube Oils, Inc.<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ 9,902.34 | $ 0.00 | $ 0.00 |
| 000013 | The Illinois State Toll Highway Authority<br>2700 Ogden Avenue<br>Downers Grove Illinois 60515 | $ 16,512.75 | $ 0.00 | $ 0.00 |
| 000014 | Lube Oils, Inc.<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ 8,657.83 | $ 0.00 | $ 0.00 |
| 000015 | Maria L. Garcia d/b/a Alpha and Omega<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | $ 11,500.00 | $ 0.00 | $ 0.00 |
| 000017A | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 429.13 | $ 0.00 | $ 0.00 |
| 000018 | Burris Equipment Company, Inc.<br>c/o Nigro & Westfall, P.C.<br>1793 Bloomingdale Rd.<br>Glendale Heights, IL 60139 | $ 1,345.28 | $ 0.00 | $ 0.00 |
| 000019 | Megan Callahan<br>c/o Paul Greviskes<br>109 Wilson St<br>Batavia IL 60510 | $ 9,333.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Car Program LLC<br>c/o Lawrence M. Karlin<br>Weinberg Dembo DeGraph, LLP<br>333 W. Wacker Dr., Ste 1800<br>Chicago, IL 60606 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000022 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave<br>2nd Fl<br>Franklin Park, IL 60131 | $ 500,000.00 | $ 0.00 | $ 0.00 |
| 000023 | Alexander Ermakoff<br>John Skapars Esq<br>9240 W Belmont Ave<br>2nd Fl<br>Franklin Park, IL 60131 | $ 500,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors　　　$ 0.00

Remaining Balance　　　$ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
　　　　　　　　　　　　　　　　　　　Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 05-38444-JBS
Royal Auto and Truck Towing, Inc.                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: tmaurer              Page 1 of 4           Date Rcvd: Nov 30, 2012
                             Form ID: pdf006            Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2012.
db         +Royal Auto and Truck Towing, Inc.,    200 Sumac,    Wheeling, IL 60090-6429
9848035    +AFNI Insurance Services,    P O Box 3068,    Bloomington, IL 61702-3068
9848036    +Alexander Ermakoff,    John Skapars Esq,    9240 W Belmont Ave 2nd Fl,
             Franklin Park, IL 60131-2849
9848038    +AllState Ins Company,    Bruce T Armstrong,    P O Box 1397,    Crystal Lake, IL 60039-1397
9848037    +Alliance Specialties Corp,    Jerry Felsenthal Atty,    120 W Madison St #1300,
             Chicago, IL 60602-4105
9848039    +Bamja K Inc dba Heights Auto,    710 N Elmhurst Road,    Prospect Hts, IL 60070-1304
10638986   +Burris Equipment Company, Inc.,    c/o Nigro & Westfall, P.C.,    1793 Bloomingdale Rd.,
             Glendale Heights, IL 60139-3800
9848040    +Car Program LLC,    Jeremy P Kreger Atty,    333 W Wacker Drive #1800,    Chicago, IL 60606-1288
10828221   +Car Program LLC,    c/o Lawrence M. Karlin,    Weinberg Dembo DeGraph, LLP,
             333 W. Wacker Dr., Ste 1800,    Chicago, IL 60606-1288
10441623   +Commonwealth Edison,    c/o John H Moore & Assoc,    8 S Michigan  Avenue,    Ste 618,
             Chicago IL 60603-3469
10482752   +David Axelrod,    1448 Old Skokie Road,    Highland Park, IL 60035-3041
9848042    +Drive Train Services,    Attn Gilbert C. Schumm,    836 Arlington Hts Rd,
             Elk Grove Villag, IL 60007-3667
10482755    GMAC,   P. O. Box 51014,    Carol Stream, IL  60125-1014
10441624    GMAC,   PO Box  51014,    Carol Stream  IL 60125
10441625   +GMAC,   c/o Gabriel Antman,    77 W Washington,    Ste 719,   Chicago IL 60602-3274
10482754   +Gabriel Antman,    77 W Washington Ste 719,    Chicago, IL 60602-3274
9848047     Illinois Department of Revenue,    Bankruptcy Section,    P. O. Box 64338,
             Chicago, IL  60664-0338
10505301   +Illinois Dept of  Employment Security,    Attorney General Section 9th  Fl,    33 S State St,
             Chicago   IL 60603-2808
10441627   +JX Enterprises Inc,    c/o McMahon & Sigunick,    216 W  Jackson,    Ste 900,
             Chicago IL 60606-6924
10482766   +JX Enterprises Inc.,    % McMahon & Sigunick,    216 West Jackson, Suite 900,
             Chicago, IL 60606-6924
10441626   +James A McClean CPA,    c/o Mark Friedman,    77 W Washington St,    Ste 516,
             Chicago  IL 60602-3288
9848049    +James A. McClean CPA,    1841 Hicks Road,    Rolling Meadows, IL 60008-1250
10482763   +James M Messinev,    1618 Colonial Parkway,    Inverness, IL 60067-4725
10482764   +John H Moore & Assoc,    8 South Michigan Ave,    Suite 618,    Chicago, IL 60603-3469
9848050    +John Paul Arlowe,    8 S Testa Drive,  #202,    Naperville, IL 60540-4250
10441628   +Lube Oil Inc,    c/o David Axelrod,    1448 Old  Skokie Road,    Highland Park  IL 60035-3040
9848051    +Lube Oil Inc,    345 N Skokie Hwy,    Gurnee, IL 60031-2983
10565584   +Lube Oils, Inc.,    c/o David J. Axelrod & Associates,    1448 Old Skokie Road,
             Highland Park, IL 60035-3040
10762545   +Maria L. Garcia d/b/a Alpha and Omega,    c/o David J. Axelrod & Associates,
             1448 Old Skokie Road,    Highland Park, IL 60035-3041
10482768   +Mark Friedman,    77 West Washington St,    Suite 516,    Chicago, IL 60602-3288
10482769    Megan Callahan,    % Paul Greviskes,    109 Wilson St,    Batavia, IL  60510
10441629    Megan Callahan,    c/o Paul Greviskes,    109 Wilson St,    Batavia IL 60510
10441630   +Nicor Gas,    c/o James M Messiney,    1618 Colonial Parkway,    Inverness NY 60067-4725
10482772   +Orix Financial,    % John Graettinger,    53 W Jackson Blvd Ste 950,    Chicago, IL 60604-3849
10441631   +Orix Financial,    c/o John Graettinger,    53 W Jackson Blvd,    Ste 950,    Chicago IL 60604-3849
9848053    +Personal & Org Counseling, Inc,    Simon & McClosky Ltd,    120 West Madison St #1300,
             Chicago, IL 60602-4105
9848054    +Progressive Ins Company,    Attn Phillip L. Risley,    77 W Washington St #1525,
             Chicago, IL 60602-2994
9848034    +Richard D Grossman,    77 West Wacker Drive,    Suite 3100,    Chicago, IL 60601-4904
9848055    +Robert A Langendorf PC,    134 N LaSalle Street,    Suite 1515,    Chicago, IL 60602-1167
9848056    +Robert Lutgen Jr.,    676 Hamilton Lane,    Aurora, IL 60505
9848057     SBC Communications Inc.,    Bill Payment Center,    Saginaw, MI  48663-0003
10548305   +SBC ILLINOIS BELL TELEPHONE CO,    P.O. BOX 981268,    WEST SACRAMENTO, CA 95798-1268
10440613    Sovereign Bank,    P O Box 254978,    Sacramento CA 95865-4978
9848058    +State Farm Insurance,    Keebler,    77 West Washington Street,    Chicago, IL 60602-2801
10578048   +The  Illinois State Toll Highway Authority,    2700 Ogden Avenue,
             Downers Grove Illinois 60515-1703
10482780   +West Suburban Curr Exch,    % Paul D Lawent Law Off,    330 S Wells Ste 1310,
             Chicago, IL 60606-7105
10441632   +West Suburban Currency Exchange,    c/o Paul D Lavent  Law Off,    330 S Wells,    Ste 1310,
             Chicago IL 60606-7105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10441622   +E-mail/Text: sclark@arthuradler.com Dec 01 2012 04:28:51     Centrix  Financial,
             c/o Adler & Assoc Ltd,    25 E Washington,    Ste  500,   Chicago IL 60602-1703
10482750   +E-mail/Text: sclark@arthuradler.com Dec 01 2012 04:28:51     Centrix Financial,
             % Adler & Assoc Ltd,    25 E Washington Ste 500,    Chicago, IL 60602-1703
10410433   +E-mail/Text: legalcollections@comed.com Dec 01 2012 02:45:54     ComEd Co,
             Attn Bankruptcy Section Revenue Mgmt,    2100 Swift Drive,    Oak Brook  IL 60523-1559

```
District/off: 0752-1          User: tmaurer             Page 2 of 4               Date Rcvd: Nov 30, 2012
                              Form ID: pdf006           Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9848048        E-mail/Text: cio.bncmail@irs.gov Dec 01 2012 02:35:35     Department of the Treasury,
                Internal Revenue Service,   Centralized Insolvency Operations Stop,    PO Box 21126,
                Philadelphia PA 19114
10482761       E-mail/Text: cio.bncmail@irs.gov Dec 01 2012 02:35:35
                Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                P O Box 21126,   Philadelphia, PA 19114
10444610      +E-mail/Text: EBN.Navistar@navistar.com Dec 01 2012 03:40:56      Navistar Financial Corporation,
                425 N. Martingale Road, Suite 1800,    Schaumburg, IL 60173-2216
10482771       E-mail/Text: bankrup@nicor.com Dec 01 2012 02:41:34     Nicor Gas,   P.O. Box 190,
                Aurora, IL  60507-0190
9848052        E-mail/Text: bankrup@nicor.com Dec 01 2012 02:41:34     Nicor Gas,   P O Box 310,
                Aurora, IL  60507-0310
10492869      +E-mail/Text: bankrup@nicor.com Dec 01 2012 02:41:34     Nicor Gas,   PO Box 549,
                Aurora IL 60507-0549
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9848044         Aurora, IL  60505
10482757        Aurora, IL  60505
9848043         Il Dept of Employment Security,   260 East Indian Trail Road
10482756        Il Dept of Employment Security,   260 East Indian Trail Road
9848045         Illinois Department of Revenue,   P O Box 19447
10482759        Illinois Department of Revenue,   P O Box 19447
9848046         Springfield, IL  62794-9447
10482760        Springfield, IL  62794-9447
10482744*      +AFNI Insurance Services,   P O Box 3068,   Bloomington, IL 61702-3068
10482745*      +Alexander Ermakoff,   John Skapars Esq,   9240 W Belmont Ave 2nd Fl,
                 Franklin Park, IL 60131-2849
10482747*      +AllState Ins Company,   Bruce T Armstrong,   P O Box 1397,   Crystal Lake, IL 60039-1397
10482746*      +Alliance Specialties Corp,   Jerry Felsenthal Atty,   120 W Madison St #1300,
                 Chicago, IL 60602-4105
10482748*      +Bamja K Inc dba Heights Auto,   710 N Elmhurst Road,   Prospect Hts, IL 60070-1304
10482749*      +Car Program LLC,   Jeremy P Kreger Atty,   333 W Wacker Drive #1800,   Chicago, IL 60606-1288
10482751*      +Commonwealth Edison,   P O Box 805376,   Chicago, IL 60680-4174
10482753*      +Drive Train Services,   Attn Gilbert C. Schumm,   836 Arlington Hts Rd,
                 Elk Grove Villag, IL 60007-3667
10793372*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10482758*       Illinois Department of Revenue,   Bankruptcy Section,   P. O. Box 64338,
                 Chicago, IL  60664-0338
10500257*       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10482762*      +James A. McClean CPA,   1841 Hicks Road,   Rolling Meadows, IL 60008-1250
10482765*      +John Paul Arlowe,   8 S Testa Drive,   #202,   Naperville, IL 60540-4250
10482767*      +Lube Oil Inc,   345 N Skokie Hwy,   Gurnee, IL 60031-2983
10482770*       Nicor Gas,   P O Box 310,   Aurora, IL  60507-0310
10482773*      +Personal & Org Counseling, Inc,   Simon & McClosky Ltd,   120 West Madison St #1300,
                 Chicago, IL 60602-4105
10482774*      +Progressive Ins Company,   Attn Phillip L. Risley,   77 W Washington St #1525,
                 Chicago, IL 60602-2994
10482743*      +Richard D Grossman,   77 West Wacker Drive,   Suite 3100,   Chicago, IL 60601-4904
10482775*      +Robert A Langendorf PC,   134 N LaSalle Street,   Suite 1515,   Chicago, IL 60602-1167
10482776*      +Robert Lutgen Jr.,   676 Hamilton Lane,   Aurora, IL 60505
9848033*       +Royal Auto and Truck Towing, Inc.,   200 Sumac,   Wheeling, IL 60090-6429
10482742*      +Royal Auto and Truck Towing, Inc.,   200 Sumac,   Wheeling, IL 60090-6429
10482777*       SBC Communications Inc.,   Bill Payment Center,   Saginaw, MI  48663-0003
10482778*      +Sovereign Bank,   P O Box 254978,   Sacramento, CA 95865-4978
10482779*      +State Farm Insurance,   Keebler,   77 West Washington Street,   Chicago, IL 60602-2801
9848041       ##+Commonwealth Edison,   P O Box 805376,   Chicago, IL 60680-4174
10549186      ##+Lube Oils Inc,   POB 209,   Gurnee, IL 60031-0209
                                                                                        TOTALS: 8, * 25, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: tmaurer              Page 3 of 4            Date Rcvd: Nov 30, 2012
                              Form ID: pdf006            Total Noticed: 56

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2012**                              **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: tmaurer              Page 4 of 4              Date Rcvd: Nov 30, 2012
                               Form ID: pdf006            Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2012 at the address(es) listed below:

        Brian H Meldrum    on behalf of Trustee Ronald Peterson bmeldrum@jenner.com
        Brianne M Connell    on behalf of Other Prof.  American Service Insurance Company Inc
         bmconnell@jpnewmanlaw.com
        James R. Mata    on behalf of Creditor  Burris Equipment Co. jmata@nigrowestfall.com,
         cat@nigrowestfall.com
        John S Graettinger    on behalf of Creditor  Orix Financial Services Inc jsg@pentwater.com,
         ecf@pentwater.com
        Kevin C. Driscoll    on behalf of Creditor  Navistar Financial Corporation
         kevin.driscoll@btlaw.com,   jriazi@btlaw.com;ddotts@btlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard D.  Grossman    on behalf of Debtor  Royal Auto and Truck Towing, Inc.
         rgrossman@buildersbank.com,   bfahy2001@yahoo.com;rgat135@aol.com
        Ronald  Peterson    on behalf of Trustee Ronald Peterson rpeterson@jenner.com,   lraiford@jenner.com
        Ronald R Peterson    rpeterson@jenner.com,   rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                           TOTAL: 9