# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| Royal Auto & Truck Towing Inc | ) | **Bankruptcy No.** 05 B 38444 |
| | ) | |
| **Debtor(s)** | ) | |
| | ) | |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above - captioned case for another status hearing on   July 25, 2013 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Ronald R. Peterson, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: 6/26/13

In re: Royal Auto and Truck Towing, Inc
Bankruptcy No. 05 B 38444

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 2 8 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

represented by Richard D. Grossman
Richard D Grossman Law Offices
225 West Wacker Drive
Suite 1550
Chicago, IL 60606

Trustee
Ronald R Peterson
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

represented by Brian H Meldrum
Jenner & Block
One IBM Plaza
Chicago, IL 60610

Ronald Peterson
Jenner & Block
353 N. Clark Street
Chicago, IL 60654

.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Served through First Clasee Mail**

Debtor
Royal Auto and Truck Towing, Inc.
200 Sumac
Wheeling, IL 60090