# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROYAL AUTO AND TRUCK TOWING, | § | Case No. 05-38444 JBS |
| INC. | | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              , and it was converted to chapter 7 on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/RONALD R. PETERSON _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GMAC |  |  |  |  |  |
| 000021 | JAMES A. MCCLEAN CPA |  |  |  |  |  |
| 000005 | NAVISTAR FINANCIAL CORPORATION |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SOVEREIGN BANK | | | | | |
| 000001A | DEPARTMENT OF THE TREASURY | | | | | |
| 000001B | DEPARTMENT OF THE TREASURY | | | | | |
| 000001C | DEPARTMENT OF THE TREASURY | | | | | |
| 000016 | DEPARTMENT OF THE TREASURY | | | | | |
| 000008B | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000008C | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000 017B | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SCHMITT'S TRUCK REPAIR | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK LLP | | | | | |
| JENNER & BLOCK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ALEXANDER ERMAKOFF | | | | | |
| 000022 | ALEXANDER ERMAKOFF | | | | | |
| 000023 | ALEXANDER ERMAKOFF | | | | | |
| 000002 | BAMJA K INC DBA HEIGHTS AUTO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | BURRIS EQUIPMENT COMPANY, INC. | | | | | |
| 000020 | CAR PROGRAM LLC | | | | | |
| 000004 | COMED CO | | | | | |
| 000006 | DRIVE TRAIN SERVICES | | | | | |
| 000008A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000017A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000009 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 000011 | LUBE OILS INC | | | | | |
| 000012 | LUBE OILS, INC. | | | | | |
| 000014 | LUBE OILS, INC. | | | | | |
| 000015 | MARIA L. GARCIA D/B/A ALPHA AND OME | | | | | |
| 000019 | MEGAN CALLAHAN | | | | | |
| 000007 | NICOR GAS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | SBC ILLINOIS BELL TELEPHONE CO | | | | | |
| 000013 | THE ILLINOIS STATE TOLL HIGHWAY AUT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 05-38444 | Judge: HON. JOHN B. SCHMETTERER | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | | Date Filed (f) or Converted (c): | 02/07/06 (c) |
| | | | 341(a) Meeting Date: | 03/13/06 |
| For Period Ending: | 03/27/13 | | Claims Bar Date: | 08/22/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash on hand | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Checking account at National City Bank | 3,479.41 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Accounts receivable | 48,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. 1996 Ford Ranger Pickup # 1 | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 1996 Ford Ranger Pickup #2 | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. 1998 F 250 Pickup | 500.00 | 0.00 | | 1,000.00 | FA | 0.00 | 0.00 |
| 7. 2000 Petersbilt 330 Wrecker | 35,000.00 | 0.00 | | 45,000.00 | FA | 25,000.00 | 0.00 |
| 8. 2002 Chevy HD 3500 | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. 2002 Chevy HD 3500 Truck | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Lifts and Repair Shop equipment | 10,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. Office equipment, furnishings and supplies, etc. | 5,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. 1998 Chevrolet S-10 (u) | 0.00 | Unknown | | 3,961.41 | FA | 0.00 | 0.00 |
| 13. Chevrolet C6500 1998 (u) | 0.00 | Unknown | | 5,000.00 | FA | 0.00 | 0.00 |
| 14. 2000 Freightliner  FL 60 (u) | 0.00 | Unknown | | 2,500.00 | FA | 0.00 | 0.00 |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

Case No:      05-38444      Judge: HON. JOHN B. SCHMETTERER
Case Name:   ROYAL AUTO AND TRUCK TOWING, INC.

Trustee Name:        RONALD R. PETERSON
Date Filed (f) or Converted (c):   02/07/06 (c)
341(a) Meeting Date:   03/13/06
Claims Bar Date:   08/22/06

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 38.61 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $124,779.41      $0.00      $57,500.02      $0.00      $25,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 11:00 am.  Working on fee application.

November 26, 2010, 12:26 p.m.  In process of closing case.

Initial Projected Date of Final Report (TFR): 12/31/08      Current Projected Date of Final Report (TFR): 04/01/12

_____ Date: _____
RONALD R. PETERSON

FORM 2                                                                                      Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-38444  -JBS | |
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******4457 |
| For Period Ending: | 03/27/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8224  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,910.48 | | 9,910.48 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.11 | 9,904.37 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.31 | 9,898.06 |
| 01/31/13 | 030001 | Jenner & Block LLP | Professional Fees | 3110-000 | | 9,898.06 | 0.00 |
| | | 353 North Clark Street | Fee Application Allowances | | | | |
| | | Chicago, Il | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 9,910.48 | 9,910.48 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 9,910.48 | 0.00 | |
| | | | Subtotal | 0.00 | 9,910.48 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 9,910.48 | |

| | | |
|---|---|---|
| Page Subtotals | 9,910.48 | 9,910.48 |

Ver: 17.01

FORM 2                                                                     Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| Case No: | 05-38444 -JBS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6803 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4457 | | |
| For Period Ending: | 03/27/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/07 | * NOTE * | Schmitt's Truck Repair | * NOTE *  Properties 6, 7, 12, 13, 14 | | 10,000.00 | | 10,000.00 |
| | | SOVEREIGN BANK | Memo Amount:    (    9,055.68 ) | 4210-000 | | | |
| | | | Secured Claim | | | | |
| | | GMAC | Memo Amount:    (    497.33 ) | 4210-000 | | | |
| | | | Secured Creditor | | | | |
| | | SCHMITT'S TRUCK REPAIR | Memo Amount:    (  37,908.40 ) | 2500-000 | | | |
| | | | Costs of Siezure, Preservation | | | | |
| | | SCHMITT'S TRUCK REPAIR | Memo Amount:    57,461.41 | 1229-000 | | | |
| | | | Gross Selling Price | | | | |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 1.84 | | 10,001.84 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 5.34 | | 10,007.18 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 4.78 | | 10,011.96 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.97 | | 10,015.93 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.38 | | 10,018.31 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.37 | | 10,020.68 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.05 | | 10,022.73 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,024.00 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.23 | | 10,025.23 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,026.50 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.27 | | 10,027.77 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.24 | | 10,029.01 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.97 | | 10,029.98 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.82 | | 10,030.80 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 10,031.31 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,031.39 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,031.47 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,031.56 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 10,031.78 |

| | Page Subtotals | 10,031.78 | 0.00 |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-38444  -JBS | |
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | |
| Taxpayer ID No: | *******4457 | |
| For Period Ending: | 03/27/13 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6803  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,032.03 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,032.28 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,032.54 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,032.80 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,033.05 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,033.30 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,033.56 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,033.82 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,034.07 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 10,034.30 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,034.56 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,034.81 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,035.06 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,035.31 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,035.56 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,035.82 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,036.07 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,036.32 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 10,036.57 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,036.83 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 10,037.09 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,037.17 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,037.26 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,037.34 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,037.43 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,037.51 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,037.59 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,037.68 |

Page Subtotals    5.90    0.00

Ver: 17.01

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-38444  -JBS | |
| Case Name: | ROYAL AUTO AND TRUCK TOWING, INC. | |
| | | |
| Taxpayer ID No: | *******4457 | |
| For Period Ending: | 03/27/13 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6803  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,037.76 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,037.85 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.79 | 10,025.06 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,025.14 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.36 | 10,012.78 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,012.86 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.34 | 10,000.52 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,000.61 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.12 | 9,987.49 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,987.57 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.87 | 9,975.70 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,975.78 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.27 | 9,963.51 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,963.59 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.66 | 9,950.93 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,951.01 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.64 | 9,938.37 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,938.45 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.81 | 9,926.64 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,926.73 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.02 | 9,913.71 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 9,913.73 |
| 08/09/12 | | BANK OF AMERICA, N.A.  901 MAIN STREET  9TH FLOOR  DALLAS, TX  75283 | BANK FEES | 2600-000 | | 3.25 | 9,910.48 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,910.48 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.93 | 10,038.61 |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          05-38444  -JBS
Case Name:        ROYAL AUTO AND TRUCK TOWING, INC.

Trustee Name:         RONALD R. PETERSON
Bank Name:            BANK OF AMERICA, N.A.
Account Number / CD #:    *******6803  Money Market Account (Interest Earn

Taxpayer ID No:   *******4457
For Period Ending: 03/27/13

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts:        57,461.41 |  | COLUMN TOTALS | 10,038.61 | 10,038.61 | 0.00 |
|  |  | Memo Allocation Disbursements:   47,461.41 |  | Less:  Bank Transfers/CD's | 0.00 | 9,910.48 |  |
|  |  |  |  | Subtotal | 10,038.61 | 128.13 |  |
|  |  | Memo Allocation Net:             10,000.00 |  | Less:  Payments to Debtors |  | 0.00 |  |
|  |  |  |  | Net | 10,038.61 | 128.13 |  |
|  |  | Total Allocation Receipts:       57,461.41 |  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|  |  | Total Allocation Disbursements:  47,461.41 |  | TOTAL - ALL ACCOUNTS |  |  |  |
|  |  |  |  | Checking Account - *******8224 | 0.00 | 9,910.48 | 0.00 |
|  |  | Total Memo Allocation Net:       10,000.00 |  | Money Market Account (Interest Earn - *******6803 | 10,038.61 | 128.13 | 0.00 |
|  |  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  |  |  |  | 10,038.61 | 10,038.61 | 0.00 |
|  |  |  |  |  | ============ | ============ | ============ |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 17.01